JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KEVIN ANTHONY LATHAM, | Case No. 2:16-cv-05787-KES |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| J. GASTELO, Warden, | |
| Respondent. | |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the Second Amended Petition (Dkt. 23) is dismissed with prejudice.

DATED: October 31, 2017

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE